AO 440 (Rev 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

ADRIAN HUFF, et al.,

V.

RODAR ENTERPRISES, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**BRIEANT
07 CIV. 7083**

TO: (Name and address of Defendant)

RODAR ENTERPRISES, INC.
240 Van Wagner Road
Poughkeepsie, New York 12603

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

SAPIR & FRUMKIN LLP
399 Knollwood Road, Suite 310
White Plains, New York 10603

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**                        AUG - 9 2007

CLERK                                         DATE

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**ADRIAN HUFF, et al.,**

Plaintiff(s), Petitioner(s)

against

**RODAR ENTERPRISES INC**

Defendant(s), Respondent(s)

INDEX NO.: 07 CIV 7083

DATE OF FILING: August 9, 2007

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF DUTCHESS: ss:

**TOMASHA L THOMAS-WHITE** being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in Poughkeepsie, NY.

That on **August 29, 2007** at **2:39 PM** at **240 Van Wagner Road, Poughkeepsie, NY 12603**, deponent served the within **Summons and Complaint, Hon. Charles L. Brienant's Individual Rules, Hon. Lisa Margaret Smith's Individual Rules, SDNY Third Amended Instructions for Filing an Electronic Case or Appeal, SDNY Procedures for Electronic Case Filing, and SDNY Guidelines for Electronic Case Filing** on **RODAR ENTERPRISES INC**, (Defendant/Respondent) herein known as Recipient.

Said service was effected in the following manner;

A domestic/foreign corporation, by delivering thereat a true copy of each to **Kathryn Kinnally** personally. Deponent knew said recipient so served to be the domestic/foreign corporation described as **Rodar Enterprises Inc** and knew said individual to be Manager thereof, authorized to accept service of process.

Deponent describes the individual served as follows:
Sex: **Female** Skin: **Caucasian** Hair: **Brown** Age(Approx): **20-25** Height(Approx): **5' 5"** Weight(Approx): **110-120 lbs**

Other:

Sworn to before me on Thursday, August 30, 2007

TOMASHA L THOMAS-WHITE

Lori A. Negri
Notary Public, State of New York
NO. 0INE6171759
Qualified in Dutchess County
Commission Expires 7/30/2011

**Superior Process**
P.O. Box 2955
Poughkeepsie, NY 12603
(845) 473-7869 (845) 473-0712 Fax
Email: superior44@aol.com