UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x

ADRIAN HUFF, as Chairman of the Board of Trustees of
TEAMSTERS LOCAL 445 CONSTRUCTION DIVISION
PENSION FUND,

                      Plaintiff

                                                                     **AFFIDAVIT OF**
      -against-                                                                 **SERVICE**

RODAR ENTERRPISES, INC.,                           Civil Action No.
                                                                           07 CIV. 7083

                      Defendant
-------------------------------------------------------------------------x

STATE OF NEW YORK    )
                                ) ss.:
COUNTY OF DUTCHESS  )

      Cindy L. Bogdanowicz, being sworn says:  I am not a party to this action, am over 18 years of age and reside at Poughkeepsie, New York.

      On September 18, 2007, pursuant to CPLR 3215, I served a true original of the annexed Answer by Federal Express in a Federal Express Priority Overnight envelope within the State of New York, addressed to the last known address of the addressee as indicated below:

                Clerk of the United States District Court
                for the Southern District of New York
                300 Quarropas Street
                White Plains, New York  10601

                Hon. William C. Conner
                United States District Court for
                the Southern District of New York
                300 Quarropas Street
                White Plains, New York  10601

        William D. Frumkin, Esq.
        Sapir & Frumkin LLP
        399 Knollwood Road, Suite 310
        White Plains, NY  10603

*Cindy L. Bogdanowicz*
CINDY L. BOGDANOWICZ

Sworn to before me this 18th
day of September, 2007.

*Cynthia J. Sauter*
Notary Public – New York
ID #015A6132849
Qualified in Dutchess County
Commission Expires August 29, 2009