07 Civ. 7083

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADRIAN HUFF, as Chairman of the Board of Trustees of
TEAMSTERS LOCAL 445 CONSTRUCTION DIVISION
PENSION FUND,

                                                                              Plaintiff

                             -against-

RODAR ENTERPRISES, INC.,

                                                                              Defendant

**ANSWER**

Law Offices of
**EDMUND V. CAPLICKI, JR.**
P.O. Box 15
1133 Route 55, Suite E
Lagrangeville, New York  12540
(845) 483-0983