Law Offices of
# Edmund V. Caplicki, Jr.
P.O. Box 15
1133 Route 55, Suite E (for overnight mail only)
Lagrangeville, New York 12540
Telephone: (845) 483-0983
Facsimile: (845) 483-0938

September 18, 2007                                                                                           *via Federal Express*

William D. Frumkin, Esq.
Sapir & Frumkin, LLP
399 Knollwood Road, Suite 310
White Plains, New York 10603

RE:   Adrian Huff, as Chairman of the Board of Trustees
      of Teamsters Local 445 Construction Division Pension
      Fund v. Rodar Enterprises, Inc. and Robert Sherwood
      07 Civ. 7083

Dear Mr. Frumkin:

Enclosed please find for service upon you Defendant, Rodar Enterprises, Inc., Answer with regard to the above listed matter.

Very truly yours,

*Edmund V. Caplicki, Jr.*

EDMUND V. CAPLICKI, JR., ESQ.

EVC:clb – Enclosure
cc:   Clerk of the United States District Court for the Southern District of New York
      (w/ copy of enclosure)
      Hon. Charles L. Brieant, United States District Court for the Southern District
      of New York (w/ copy of Enclosure)