# SAPIR & FRUMKIN LLP

ATTORNEYS AT LAW

399 KNOLLWOOD ROAD, SUITE 310

WHITE PLAINS, NEW YORK 10603

WRITER'S E-MAIL: WFrumkin@sapirfrumkin.com

DONALD L. SAPIR
WILLIAM D. FRUMKIN*

DANIEL T. DRIESEN△
KATHRYN E. WHITE**
EMILY A. ROSCIA
CRISTINA A. FAHRBACH**
GREGORY HUNT

*ADMITTED IN N.Y. & CT.
**ADMITTED IN N.Y. & N.J.
△ADMITTED IN N.Y. & MA.

TEL: (914) 328-0366
FAX: (914) 682-9128

PARALEGAL
RACHEL L. HORTON

October 23, 2006

*Via UPS Next Day Air and First Class Mail*

Rodar Enterprises, Inc.
c/o Robert Sherwood
240 Van Wagner Road
Poughkeepsie, New York 12603

    Re: *Fred Smit, as Chairman of the Board of Trustees of Teamsters*
       *Local 445 Construction Division Welfare, Pension and Annuity*
       *Funds and Teamsters Local 445 Education and Training Fund v.*
       *Rodar Enterprises, Inc. and Robert Sherwood*
       *Our File No. 04-7498*

Dear Mr. Sherwood:

    We represent Teamsters Local 445 Freight Division Pension Fund ("Local 445 Pension Fund" or "the Fund") in the above-referenced matter. Local 445 Pension Fund has advised that, in 2005, Rodar Enterprises, Inc. ("Rodar") completely withdrew from Local 445 Pension Fund. Rodar's complete withdrawal is based upon, and is in accordance with, Section 4203, *et seq.*, of the Employee Retirement Income Security Act, as amended by the Multiemployer Pension Plan Amendments Act ("MPPAA"). Based on its complete withdrawal during year 2005, and as prescribed under Section 4211 of the MPPAA, the Fund's actuaries have determined that Rodar has incurred withdrawal liability in the total amount of $438,669.85.[1] Pursuant to Section 4219(b)(1)(A)-(B) of the MPPAA, this letter serves as notice to Rodar of the amount of its withdrawal liability and Local 445 Pension Fund's demand for payment of the withdrawal liability. In accordance with Section 4219(c)(1)(E)(2) and (3) of the MPPAA, Rodar's withdrawal liability is payable to Local 445 Pension Fund in eighty (80) quarterly installments for the next twenty (20) years in the amount of $9,924.60. Enclosed is the schedule of payments which sets forth the amount of each payment and the dates on which the payments are due. The first withdrawal liability

---

[1] Local 445 Pension Fund reserves the right to revise the withdrawal liability amount assessed against Rodar and any trades or businesses which may be under common control with Rodar.

Rodar Enterprises, Inc.                        -2-                        October 23, 2006

installment payment in the amount of $9,924.60 is due no later than **December 15, 2006**. All installment payments, each in the form of a certified, cashier's or official bank check, must be made payable to "Local 445 Pension Fund," and must be mailed to Sapir & Frumkin LLP for our receipt no later than the day on which the payment is due.

In the alternative, Rodar may make payment in full of its total withdrawal liability owed in the amount $438,669.85, plus accrued interest, as provided under Section 4219(c)(1)(E)(4) of the MPPAA. If Rodar opts to make payment in full, the payment is due no later than **December 15, 2006**. Payment, in the form of a certified, cashier's or official bank check, must be made payable to "Local 445 Pension Fund," and must be mailed to Sapir & Frumkin LLP for our receipt no later than December 15, 2006. Once we receive Rodar's payment, we will contact you regarding the amount of interest owed.

Pursuant to Section 4219(2)(A) of the MPPAA, Rodar may request a review of its withdrawal liability within 90 days from its receipt of this notice and demand. In accordance with Section 4221(a)(1)(A)-(B), Rodar is entitled to arbitration of any matter relating to its withdrawal liability as follows:

- within 60 days from the date it receives the Fund's response to a request for review, if such request is made, or

- within 180 days from the date of a request for review, if such request is made.

Notwithstanding any request for review, litigation, arbitration or other proceeding, Rodar remains obligated to make withdrawal liability payments, in full or in installments, to Local 445 Pension Fund in accordance with the enclosed payment schedule. In accordance with Section 4219(c)(1)(E)(5) of the MPPAA, Rodar's failure to make any payment when due will be considered a statutory default, thus entitling Local 445 Pension Fund to demand immediate payment of the outstanding amount of the withdrawal liability, plus accrued interest on the total outstanding liability from the due date of the first payment which is untimely paid.

We rely on your prompt response to this matter. If you have any questions, please do not hesitate to contact the undersigned.

Very truly yours,

William D. Frumkin

WDF:dp
Enclosure

cc:  Lee David Klein, Esq. (Via UPS Next Day Air, w/Enclosure)
     Douglas L. McCauley, Fund Chairman (Via First Class Mail, w/out Enclosure)
     Sharon Molinelli, Fund Administrator (Via First Class Mail, w/Enclosure)
     David Kramer, Esq. (By Hand, w/out Enclosure)

F:\APPLICA\TWP\TEAMSTER\Rodar Enterprises\Letters\1-notice&demand.10.23.06.wpd.dp.rlh

PAGE 1

## RODAR ENTERPRISES, INC.
## SCHEDULE OF WITHDRAWAL LIABILITY PAYMENTS
## PAYABLE TO TEAMSTERS LOCAL 445 PENSION FUND

**Total Withdrawal Liability Amount Owed:**     $438,669.85

**Total No. of Installments:**     80 Quarterly Installments

**Amount Due Each Installment:**     80 Quarterly Installments = $9,924.60

**Due Date of First Installment or Payment in Full:**     December 15, 2006

| Installment No. | Installment Due Date* | Amount Due |
|---|---|---|
| 1 | December 15, 2006 | $9,924.60 |
| 2 | **March 15, 2007** | $9,924.60 |
| 3 | June 15, 2007 | $9,924.60 |
| 4 | September 15, 2007 | $9,924.60 |
| 5 | December 15, 2007 | $9,924.60 |
| 6 | **March 15, 2008** | $9,924.60 |
| 7 | June 15, 2008 | $9,924.60 |
| 8 | September 15, 2008 | $9,924.60 |
| 9 | December 15, 2008 | $9,924.60 |
| 10 | **March 15, 2009** | $9,924.60 |
| 11 | June 15, 2009 | $9,924.60 |
| 12 | September 15, 2009 | $9,924.60 |
| 13 | December 15, 2009 | $9,924.60 |
| 14 | **March 15, 2010** | $9,924.60 |
| 15 | June 15, 2010 | $9,924.60 |
| 16 | September 15, 2010 | $9,924.60 |

PAGE 2

## RODAR ENTERPRISES, INC.
## SCHEDULE OF WITHDRAWAL LIABILITY PAYMENTS
## PAYABLE TO TEAMSTERS LOCAL 445 PENSION FUND

| Installment No. | Installment Due Date* | Amount Due |
|---|---|---|
| 17 | December 15, 2010 | $ 9,924.60 |
| 18 | **March 15, 2011** | $ 9,924.60 |
| 19 | June 15, 2011 | $ 9,924.60 |
| 20 | September 15, 2011 | $ 9,924.60 |
| 21 | December 15, 2011 | $ 9,924.60 |
| 22 | **March 15, 2012** | $ 9,924.60 |
| 23 | June 15, 2012 | $ 9,924.60 |
| 24 | September 15, 2012 | $ 9,924.60 |
| 25 | December 15, 2012 | $ 9,924.60 |
| 26 | **March 15, 2013** | $ 9,924.60 |
| 27 | June 15, 2013 | $ 9,924.60 |
| 28 | September 15, 2013 | $ 9,924.60 |
| 29 | December 15, 2013 | $ 9,924.60 |
| 30 | **March 15, 2014** | $ 9,924.60 |
| 31 | June 15, 2014 | $ 9,924.60 |
| 32 | September 15, 2014 | $ 9,924.60 |
| 33 | December 15, 2014 | $ 9,924.60 |
| 34 | **March 15, 2015** | $ 9,924.60 |
| 35 | June 15, 2015 | $ 9,924.60 |
| 36 | September 15, 2015 | $ 9,924.60 |
| 37 | December 15, 2015 | $ 9,924.60 |

PAGE 3

RODAR ENTERPRISES, INC.
SCHEDULE OF WITHDRAWAL LIABILITY PAYMENTS
PAYABLE TO TEAMSTERS LOCAL 445 PENSION FUND

| Installment No. | Installment Due Date* | Amount Due |
|---|---|---|
| 38 | March 15, 2016 | $ 9,924.60 |
| 39 | June 15, 2016 | $ 9,924.60 |
| 40 | September 15, 2016 | $ 9,924.60 |
| 41 | December 15, 2016 | $ 9,924.60 |
| 42 | March 15, 2017 | $ 9,924.60 |
| 43 | June 15, 2017 | $ 9,924.60 |
| 44 | September 15, 2017 | $ 9,924.60 |
| 45 | December 15, 2017 | $ 9,924.60 |
| 46 | March 15, 2018 | $ 9,924.60 |
| 47 | June 15, 2018 | $ 9,924.60 |
| 48 | September 15, 2018 | $ 9,924.60 |
| 49 | December 15, 2018 | $ 9,924.60 |
| 50 | March 15, 2019 | $ 9,924.60 |
| 51 | June 15, 2019 | $ 9,924.60 |
| 52 | September 15, 2019 | $ 9,924.60 |
| 53 | December 15, 2019 | $ 9,924.60 |
| 54 | March 15, 2020 | $ 9,924.60 |
| 55 | June 15, 2020 | $ 9,924.60 |
| 56 | September 15, 2020 | $ 9,924.60 |
| 57 | December 15, 2020 | $ 9,924.60 |
| 58 | March 15, 2021 | $ 9,924.60 |
| 59 | June 15, 2021 | $ 9,924.60 |

PAGE 4

## RODAR ENTERPRISES, INC.
## SCHEDULE OF WITHDRAWAL LIABILITY PAYMENTS
## PAYABLE TO TEAMSTERS LOCAL 445 PENSION FUND

| Installment No. | Installment Due Date* | Amount Due |
|---|---|---|
| 60 | September 15, 2021 | $ 9,924.60 |
| 61 | December 15, 2021 | $ 9,924.60 |
| 62 | **March 15, 2022** | $ 9,924.60 |
| 63 | June 15, 2022 | $ 9,924.60 |
| 64 | September 15, 2022 | $ 9,924.60 |
| 65 | December 15, 2022 | $ 9,924.60 |
| 66 | **March 15, 2023** | $ 9,924.60 |
| 67 | June 15, 2023 | $ 9,924.60 |
| 68 | September 15, 2023 | $ 9,924.60 |
| 69 | December 15, 2023 | $ 9,924.60 |
| 70 | **March 15, 2024** | $ 9,924.60 |
| 71 | June 15, 2024 | $ 9,924.60 |
| 72 | September 15, 2024 | $ 9,924.60 |
| 73 | December 15, 2024 | $ 9,924.60 |
| 74 | **March 15, 2025** | $ 9,924.60 |
| 75 | June 15, 2025 | $ 9,924.60 |
| 76 | September 15, 2025 | $ 9,924.60 |
| 77 | December 15, 2025 | $ 9,924.60 |
| 78 | **March 15, 2026** | $ 9,924.60 |
| 79 | June 15, 2026 | $ 9,924.60 |
| 80 | September 15, 2026 | $ 9,924.60 |

F:\APPLIC\TWP\TEAMSTER\Rodar Enterprises Withdrawal Liability wsd lub payment schedule 10-06.wpd/rlh