# WOLFSON GRELLER EGITTO & KLEIN LLP
### ATTORNEYS AND COUNSELORS AT LAW
### 11 MARKET STREET
### POUGHKEEPSIE, NEW YORK 12601-3260

TEL.(845)454-2200
TEL.(845)454-9200
FAX (845)454-4366
PLEASE REPLY TO POUGHKEEPSIE OFFICE

THIS FIRM DOES NOT ACCEPT
SERVICE BY FACSIMILE TRANSMISSION

JOSEPH A. EGITTO
LEE DAVID KLEIN*
*Member NY and CT Bar

CARL S. WOLFSON
STEPHEN L. GRELLER
OF COUNSEL

New York City Office
146 WEST 57TH STREET
SUITE 53C
NEW YORK, NY 10019
TEL. (212) 245-0491

October 26, 2006

<u>VIA FACSIMILE TO: 914-682-9128
AND REGULAR MAIL</u>

William D. Frumkin, Esq.
Sapir & Frumkin, LLP
399 Knollwood Road, Suite 310
White Plains, NY 10603

Re:  <u>Fred Smit, et al. v. Rodar Enterprises, Inc. and
Robert Sherwood</u>
Your File No.: 04/7498

Dear Mr. Frumkin:

We represent Rodar Enterprises, Inc., and we are in receipt of a copy of your correspondence dated October 23, 2006, directed to the same.

I am in the process of reviewing your correspondence and the issues treated therein.

In order to be able to respond substantively to your correspondence, I am taking you up on the invitation contained at the conclusion of your correspondence to contact you regarding questions.

Would you be so kind as to advise regarding the reason for your identifying Mr. Sherwood individually in the reference portion of your correspondence. Additionally, you have cited numerous sections of the Employee Retirement Income Security Act, as well as the Multi Employer Pension Plan Amendments Act. I would appreciate your forward to me at your earliest opportunity the portions of such legislation that you have cited, or at the very least, the specific and complete statutory citations. I would appreciate it also if you could identify for me the specific relevant

WOLFSON GRELLER EGITTO & KLEIN LLP
ATTORNEYS AND COUNSELORS AT LAW

William D. Frumkin, Esq.
Sapir & Frumkin, LLP
Page 2

provisions, if any, contained within the last Contract between our clients upon which your client is relying.

    The foregoing inquires are designed to foster a better mutual understanding of the substance of this matter. Thank you for your anticipated prompt and courteous response.

                                  Yours truly,

                                  Lee David Klein

LDK:ss
cc:    Client