LAW OFFICES OF
# EDMUND V. CAPLICKI, JR.
P.O. BOX 15
1133 ROUTE 55, SUITE E (FOR OVERNIGHT MAIL ONLY)
LAGRANGEVILLE, NEW YORK 12540
TELEPHONE: (845) 483-0983
FACSIMILE: (845) 483-0938

March 1, 2007

*via facsimile-914-682-9128, email, Federal Express and First Class Mail*

William D. Frumkin, Esq.
Sapir & Frumkin, LLP
399 Knollwood Road, Suite 310
White Plains, New York 10603

RE:   Fred Smit, as Chairman of the Board of Trustees of Teamsters Local 445 Construction Division Welfare, Pension and Annuity Funds and Teamsters Local 445 Education and Training Fund v. Rodar Enterprises, Inc. and Robert Sherwood

Dear Mr. Frumkin:

This firm now represents Rodar Enterprises, Inc. and Mr. Robert Sherwood.

Pursuant to Section 4221(a)(1)(A) (29 U.S.C. 1402), our clients are seeking arbitration of all matters and issues regarding the employer's alleged withdrawal liability from Teamsters Local 445 Building and Construction Division Pension Fund, including but not limited to:

1.   Rodar Enterprises, Inc. and Mr. Robert Sherwood dispute whether a withdrawal, complete or partial, has occurred from the Teamsters Local 445 Construction Division Pension Fund.

2.   The Teamsters Local 445 Construction Division Pension Fund was and is a building and construction industry pension fund, and ERISA Section 4203(b) (29 U.S.C. Section U.S.C. 1398) provides a special definition for withdrawal for building and construction employers. Teamsters Local 445 Construction Division Pension Fund has failed to recognize the special definition for withdrawal of Rodar Enterprises, Inc., a building and construction industry employer, who has contributed to the Teamsters Local 445 Construction Division Pension Fund. See attached pp. 10 and 20 of Teamsters Local 445 and Rodar Enterprises, Inc. collective bargaining agreement, and Local 445 Construction Division Pension Fund contribution reporting form.

Page 2 of 2
March 1, 2007

3.  Teamsters Local 445 and Rodar Enterprises, Inc. have been involved in a labor dispute and strike since on or about June 28, 2005 when Teamsters Local 445 picketed Rodar Enterprises, Inc.'s job site, and on July 1, 2005 Teamsters Local 445 pulled all Local 445 members off of Rodar Enterprises, Inc. job sites. To date no new collective bargaining agreement has been negotiated between Teamsters Local 445 and Rodar Enterprises, Inc., even though Rodar Enterprises, Inc. was and still remains ready, willing and able to negotiate with Teamsters Local 445.

4.  Rodar Enterprises, Inc. disputes the amount of the employer's alleged withdrawal liability on the grounds Teamsters Local 445 Construction Division Pension Fund has failed to properly calculate the total amount of contributions made by Rodar Enterprises, Inc. to the Local 445 Construction Division Pension Fund.

5.  Rodar Enterprises, Inc. and Mr. Robert Sherwood reserve their rights to raise and present all other relevant issue disputes before the arbitrator.

The fund has never provided the employer the documents showing how the alleged withdrawal liability of the employer was calculated. It is respectfully requested a copy of the funds calculations of the withdrawal liability be provided to the employer, along with the last three years actuarial evaluations.

The employer intends to proceed and file a Notice to Arbitrate.

Very truly yours,

EDMUND V. CAPLICKI, JR., ESQ.

EVC:clb

CC: Rodar Enterprises Inc.