# WOLFSON GRELLER EGITTO & KLEIN LLP
### ATTORNEYS AND COUNSELORS AT LAW
### 11 MARKET STREET
### POUGHKEEPSIE, NEW YORK 12601-3260

TEL.(845)454-2200
TEL.(845)454-9200
FAX (845)454-4366
PLEASE REPLY TO POUGHKEEPSIE OFFICE

THIS FIRM DOES NOT ACCEPT
SERVICE BY FACSIMILE TRANSMISSION

JOSEPH A. EGITTO
LEE DAVID KLEIN*
*Member NY and CT Bar

CARL S. WOLFSON
STEPHEN L. GRELLER
OF COUNSEL

New York City Office
146 WEST 57TH STREET
SUITE 53C
NEW YORK, NY 10019
TEL. (212) 245-0491

December 14, 2006

<u>VIA FACSIMILE TO: 914-682-9128
AND FEDERAL EXPRESS</u>

William D. Frumkin, Esq.
Sapir & Frumkin, LLP
399 Knollwood Road, Suite 310
White Plains, NY 10603

        Re:  <u>Fred Smit, et al. v. Rodar Enterprises, Inc. and Robert Sherwood</u>
             Your File No.: 04/7498

Dear Mr. Frumkin:

    I am writing to follow up my correspondence to you of November 29, 2006, regarding the above-referenced matter. I await a response.

    Please consider this correspondence our client's formal request for a review of the issue of withdrawal liability and a specific response thereto. In the event that your client is not withdrawing its notice and demand, as embodied in your correspondence of October 23, 2006, please consider this correspondence our client's request for arbitration on the issue of withdrawal liability. I would propose that if the matter goes to arbitration, we agree upon an arbitrator, Edmund V. Caplicki, Jr., Esq., who is an experienced arbitrator on such issues.

WOLFSON GRELLER EGITTO & KLEIN LLP
ATTORNEYS AND COUNSELORS AT LAW

William D. Frumkin, Esq.
Sapir & Frumkin, LLP
Page 2

      Please advise at your earliest opportunity.

                              Yours truly,

                              Lee David Klein

LDK:ss
cc:    Client