# Lee David Klein
### , Esq.
*Attorney and Counselor at Law*
11 Market Street, Room 204
Poughkeepsie, NY 12601

PHONE: (845)-454- **9200**   FAX: (845)-454-6612

## FACSIMILE COVER SHEET

FILE NO. _____   DATE: **1-19-07**

FILE NAME: **RODAR**

TRANSMISSION WILL CONSIST OF **1** PAGES, INCLUDING THIS ONE

PLEASE DELIVER TO:   FAX NO. **(914)- ~~682~~-9128**

NAME: **Will Cusak, Esq.**

COMPANY: **Sapir + Frumkin**

If you are experiencing problems receiving this transmission please call us at the above telephone number and speak with *Norine*

ADDITIONAL MESSAGE AND/OR INSTRUCTIONS:

Will- Our client disputes your client's calculations, based primarily upon the fact that your client's calculations are based upon inaccurate payroll information.

FROM: **Lee David Klein**

The information contained in this facsimile message is privileged and confidential and is intended only for use of the individual named above and others specifically authorized to receive it. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this transmission in error, please call us at the above telephone number.