UNITED STATES DISTRICT COURT                                    ECF Case
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

ADRIAN HUFF, as Chairman of the Board of Trustees of
TEAMSTERS LOCAL 445 CONSTRUCTION DIVISION
PENSION FUND,                                          Civil Action No. 07 Civ. 7083
                                                                (CLB)(LMS)
                                        Plaintiff

                                                       DECLARATION OF EDMUND V.
          -against-                                    CAPLICKI, JR. ESQ. IN
                                                       OPPOSITION TO PLAINTIFF'S
                                                       MOTION FOR SUMMARY
RODAR ENTERPRISES, INC.,                               JUDGMENT


                                        Defendant
------------------------------------------------------------------------X
STATE OF NEW YORK           )
COUNTY OF DUTCHESS          )ss:

          **EDMUND V. CAPLICKI, JR**., an attorney admitted to practice before this Court

declares, pursuant to 28 U.S.C. §§ 1746, under penalties of perjury that the following is true and

correct:

          1.      I am a partner with the law firm of The Law Offices of Edmund V. Caplicki, Jr.,

attorney for Defendant Rodar Enterprises, Inc.  I am familiar with the facts and circumstances of

this matter and submit this Declaration in Opposition to Plaintiff's Motion for Summary

Judgment.

          2.      Annexed hereto as Exhibit "1" is a copy of page 10 of the Trucking Agreement

(Collective Bargaining Agreement – Article XVIII – Welfare and Pension Contributions)

between the Local Union No. 445, International Brotherhood of Teamsters and Defendant Rodar

Enterprises, Inc.

          3.      Annexed hereto as Exhibit "2" is a copy of page 20 of the Trucking Agreement

(Collective Bargaining Agreement – Article XVIII – Welfare and Pension Contributions)

between the Local Union No. 445, International Brotherhood of Teamsters and Defendant Rodar

Enterprises, Inc. signed by Robert Sherwood, President of Defendant, on October 2, 2003.

4.      Annexed hereto as Exhibit "3" is a copy of correspondence, dated March 18, 2005

form Teamsters Local 445 to Defendant.

5.      Annexed hereto as Exhibit "4" is a copy of Teamsters Local 445 Construction

Division Pension Funds Reporting Form from Defendant Rodar Enterprises, Inc. to Teamsters

Local 445.

6.      Annexed hereto as Exhibit "5" is a copy of ERISA Section 4203 (29 U.S.C.

Section 1383) Complete Withdrawal from Multiemployer Plan, and Building and Construction

Industry.

7.      Annexed hereto as Exhibit "6" is a copy of ERISA Section 4218 (29 U.S.C. 1398)

Withdrawal not to occur merely because of change in business form or suspension of

contributions during labor dispute.

Dated: Lagrangeville, New York                 Respectfully submitted,
       December 28, 2007                        LAW OFFICES OF EDMUND V. CAPLICKI, JR.




                                    By:    /s/ *Edmund V. Caplicki, Jr.*
                                           EDMUND V. CAPLICKI, JR. (6896)
                                           *Attorney for Defendant Rodar Enterprises, Inc.*
                                           P.O. Box 15
                                           1133 Route 55, Suite E
                                           Lagrangeville, New York  12540
                                           (845) 483-0983

## CERTIFICATE OF SERVICE

I hereby certify that I am not a party to this action and am over 18 years of age. I further certify that on December 28, 2007, a copy of Declaration of Edmund V. Caplicki, Jr., Esq. in Opposition to Plaintiff's Motion for Summary Judgment was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt including:

> William D. Frumkin
> Sapir & Frumkin, LLP
> 399 Knollwood Road, Suite 310
> White Plains, NY 10603

Parties may access this filing through the Court's electronic filing system.

> /s/ Cynthia J. Sauter
> Cynthia J. Sauter