## ARTICLE XXV – DURATION OF AGREEMENT

THIS AGREEMENT shall become effective as of July 1, 2002, and shall continue in full force and effect until June 30, 2005.

It is understood and agreed, however, that if this Agreement is not renewed on or before the expiration date, whatever increase, if any, in wages, Welfare and Pension contributions or Annuity is eventually agreed upon, shall be retroactive to the date of expiration.

IN WITNESS WHEREOF, the dully authorized representatives of the parties have signed this Agreement on this _____ day of _____.

FOR THE COMPANY:

*[signature]*
Kedar Ent. Inc.
240 Wanaqier rd
Poughkeepsie NY 12603

Name: Rob Shurey
Title: Pres.
Date: 10-2-03

FOR THE UNION:

Teamsters Local 445, IBT
PO Box 2097
Newburgh, NY 12550
845-564-5297

Name: Lawrence W. Bowman
Title: President
Date: 10-2-03

20