

# CHAUFFEURS, TEAMSTERS & HELPERS
## LOCAL UNION NO. 445

*Serving the Hudson Valley*

Affiliated with International Brotherhood of Teamsters, AFL-CIO

P.O. Box 2097 • Newburgh, New York 12550

Tel: (845) 564-5297    Email: Local445@hvc.rr.com    Fax: (845) 564-4120

---

FRED SMIT
Secretary - Treasurer

CM-RRR#7001 0320 0001 9710 8588

March 18, 2005

Robert Sherwood, President
RODAR ENTERPRISES, INC.
240 Van Wagner Road
Poughkeepsie, NY  12603

**RE:  CONTRACT EXPIRATION 6/30/05**

Dear Robert:

   In accordance with the Collective Bargaining Agreement between Teamsters Local Union No. 445, International Brotherhood of Teamsters, AFL-CIO and Rodar Enterprises, Inc. of 240 Van Wagner Road, Poughkeepsie, NY  12603 this letter is to inform you that notice of mediation has been filed with the Federal Mediation and Conciliation Service and NYS Employment Relations Board of the expiration of the above-indicated contract.

   It is our intention to negotiate a new Collective Bargaining Agreement with Rodar Enterprises, Inc. by June 30, 2005.  Please contact me with available dates to commence collective bargaining.

Sincerely yours,

Fred Smit
Secretary-Treasurer

FS/kjy
Cc:  Larry Bowman, BA

