# TEAMSTERS LOCAL 445 CONSTRUCTION DIVISION PENSION, WELFARE AND ANNUITY FUNDS

P.O. BOX 2572 • NEWBURGH, NEW YORK 12550 • PHONE: (845) 564-4076 • FAX (845) 564-1769

REPORT FOR MONTH OF: _____
(PAYROLL PERIOD COVERED)
FROM DATE: 3-7-04    TO DATE: 3-28-04

JOB LOCATION: _____
COUNTY: DUTCHESS

EMPLOYER'S NAME & ADDRESS:
RODAR ENTERPRISES INC
240 VAN WAGNER RD
POUGHKEEPSIE  NY  12603

NUMBER: 12744

| NO. | (1) NAME OF EMPLOYEE | (2) SOCIAL SECURITY NUMBER | 3-7-04 | 3-14-04 | 3-21-04 | 3-28-04 | TOTAL HOURS |
|---|---|---|---|---|---|---|---|
| 1 | BAILEY JR  GARY | 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 | 0 | 10 | 8 | 0 | 10 |
| 2 | BURLEY | | | | | | |
| 3 | MACKEY  WILLIAM | 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 | 40 | 24 | 16 | 32 | |
| 4 | | | | | | | |
| 5 | ROUSH  ROBERT | 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 | 50 | 50 | 20 | 40 | |
| 6 | | | | | | | |
| 7 | SHERWOOD  DAVID | 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 | | 24 | 24 | 24 | |
| 8 | SHERWOOD | | | | | | |
| 9 | SHERWOOD  ROBERT | 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 | 0 | 24 | 24 | 24 | |
| 10 | TRAVER | | | | | | |
|  | Robert | | | | | | 0 |
|  | Triola  David | 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 | 0 | 9 | 0 | 0 | |

ADD EMPLOYEES NOT LISTED ABOVE, INDICATE (T) FOR TERMINATED EMPLOYEES WITH NO EARNINGS IN THIS PERIOD

(7) ENTER TOTAL NUMBER OF HOURS WORKED _____

SEE IMPORTANT DETAILS ON REVERSE SIDE

MAKE SEPARATE CHECK PAYABLE AND REMIT TO AS INDICATED BELOW:

TEAMSTERS LOCAL 445 CONSTRUCTION DIVISION
WELFARE FUND  HOURS WORKED X  6.1500  PER HOUR = $3610.05

TEAMSTERS LOCAL 445 CONSTRUCTION DIVISION
PENSION FUND  HOURS WORKED X  3.2500  PER HOUR = $1907.?

MAKE SEPARATE CHECKS PAYABLE TO:
TEAMSTERS LOCAL 445 CONSTRUCTION
ANNUITY FUNDS
# HRS _____ @ 5.0000 PER HR = $2935.00

EDUCATION AND TRAINING FUND
☐ 1-INITIAL REPORT  ☐ 2-NEED MORE FORMS  ☐ 3-FINAL REPORT
NUMBER OF PAGES USED _____ 1000 PER $58.

SIGNATURE _____  TITLE _____  DATE _____