**ERISA cont'd.    ERISA §4203**

(4) A plan may be amended to provide that this subsection shall not apply to a group or class of employers under the plan.

**(d) Other determinative factors.**

(1) Notwithstanding subsection (a), in the case of an employer who—
   (A) has an obligation to contribute under a plan described in paragraph (2) primarily for work described in such paragraph, and
   (B) does not continue to perform work within the jurisdiction of the plan,
a complete withdrawal occurs only as described in paragraph (3).

(2) A plan is described in this paragraph if substantially all of the contributions required under the plan are made by employers primarily engaged in the long and short haul trucking industry, the household goods moving industry, or the public warehousing industry.

(3) A withdrawal occurs under this paragraph if—
   (A) an employer permanently ceases to have an obligation to contribute under the plan or permanently ceases all covered operations under the plan, and
   (B) either—
      (i) the corporation determines that the plan has suffered substantial damage to its contribution base as a result of such cessation, or
      (ii) the employer fails to furnish a bond issued by a corporate surety company that is an acceptable surety for purposes of section 412 [29 USC §1112], or an amount held in escrow by a bank or similar financial institution satisfactory to the plan, in an amount equal to 50 percent of the withdrawal liability of the employer.

(4) If, after an employer furnishes a bond or escrow to a plan under paragraph (3)(B)(ii), the corporation determines that the cessation of the employer's obligation to contribute under the plan (considered together with any cessations by other employers), or cessation of covered operations under the plan, has resulted in substantial damage to the contribution base of the plan, the employer shall be treated as having withdrawn from the plan on the date on which the obligation to contribute or covered operations ceased, and such bond or escrow shall be paid to the plan. The corporation shall not make a determination under this paragraph more than 60 months after the date on which such obligation to contribute or covered operations ceased.

(5) If the corporation determines that the employer has no further liability under the plan either—
   (A) because it determines that the contribution base of the plan has not suffered substantial damage as a result of the cessation of the employer's obligation to contribute or cessation of covered operations (considered together with any cessation of contribution obligation, or of covered operations, with respect to other employers), or
   (B) because it may not make a determination under paragraph (4) because of the last sentence thereof,
then the bond shall be cancelled or the escrow refunded.

(6) Nothing in this subsection shall be construed as a limitation on the amount of the withdrawal liability of any employer.

**(e) Date of complete withdrawal.**

For purposes of this part [29 USC §§1381 et seq.], the date of a complete withdrawal is the date of the cessation of the obligation to contribute or the cessation of covered operations.

**(f) Special liability withdrawal rules for industries other than construction and entertainment industries; procedures applicable to amend plans.**

(1) The corporation may prescribe regulations under which plans in industries other than the construction or entertainment industries may be amended to provide for special withdrawal liability rules similar to the rules described in subsections (b) and (c).

(2) Regulations under paragraph (1) shall permit use of special withdrawal liability