# SAPIR & FRUMKIN LLP
### ATTORNEYS AT LAW
399 KNOLLWOOD ROAD, SUITE 310
WHITE PLAINS, NEW YORK 10603

WRITER'S E-MAIL: WCusack@sapirfrumkin.com

13

DONALD L. SAPIR
WILLIAM D. FRUMKIN*

DANIEL T. DRIESEN
KATHRYN E. WHITE**
EMILY A. ROSCIA
CRISTINA A. FAHRBACH**
WILLIAM F. CUSACK III

*ADMITTED IN N.Y. & CT.
**ADMITTED IN N.Y. & N.J.

TEL: (914) 328-0366
FAX: (914) 682-9128

PARALEGAL
RACHEL L. HORTON

January 3, 2008



**_Via Facsimile Transmission Only_**
_Facsimile No. (914) 390-4085_

Honorable Charles L. Brieant
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   Adrian Huff, as Chairman of the Board of Trustees of Teamsters
      Local 445 Construction Division Pension Fund v. Rodar Enterprises, Inc.
      Civil Action No. 07 Civ. 7083 (CLB)(LMS)
      Our File No. 04-7498

Dear Judge Brieant:

    We represent the Plaintiff, Adrian Huff, _et al._ the above referenced matter. This letter will serve to confirm my conversation today with your chambers wherein it was agreed that oral argument in the above referenced matter, scheduled for Friday, January 4, 2007, at 10:00 AM. Counsel in the above referenced matter have agreed to adjourn the matter to Friday, January 18, 2007, at 10:00 AM.

Respectfully,

William F. Cusack III (WC2497)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

cc:   Edmund V. Caplicki, Jr., Esq. (via facsimile)
      Adrian Huff, Fund Chairman (via facsimile)
      Sharon Molinelli, Fund Administrator (via facsimile)

F:\APPLICA\WP\TEAMSTER\Rodar Enterprises\Letters\L-USDJ Brieant.01.03.08.2.wpd\rlh