| Client | Trans Date | Atty | H P | Tcd | Rate | Hours to Bill | Amount | Description | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| Client ID 7498.0004 Local 445 Construction Division Funds | | | | | | | | | |
| 7498.0004 | 08/01/2007 | 7 | A | 2 | 175.00 | 0.20 | 35.00 | Intra-Office conference with WDF re: receipt of complaint (.1); review and analyze file re: same (.1) | ARCH |
| 7498.0004 | 08/07/2007 | 2 | A | 59 | 175.00 | 0.30 | 52.50 | Review and revise Complaint | ARCH |
| 7498.0004 | 08/08/2007 | 7 | A | 56 | 175.00 | 1.20 | 210.00 | Receive and review memo from WDF re: complaint against Rodar (.3); intra-office conference with WDF re: same (.1); review and revise complaint (.2); prepare summons, complaint, civil cover sheet and correspondence to clerk of court (.3); memo to RLH re: same (.1); receive and review same (.1); memo to WDF re: same (.1) | ARCH |
| 7498.0004 | 08/10/2007 | 7 | A | 56 | 175.00 | 0.40 | 70.00 | Receive and review filed complaint from SDNY (.2); intra-office conference with RLH re: same (.1); memo to file re: same (.1) | ARCH |
| 7498.0004 | 08/13/2007 | 7 | A | 2 | 175.00 | 0.30 | 52.50 | Intra-Office conference with RLH re: service upon Rodar or E. Caplicki, Esq. (.1); telephone conference with E. Caplicki, Esq. re: same (.1); memo to file re: same (.1) | ARCH |
| 7498.0004 | 08/13/2007 | 6 | A | 2 | 100.00 | 0.20 | 20.00 | Intra-Office conference with WFC re: E. Kaplicki accepting service | ARCH |
| 7498.0004 | 08/23/2007 | 6 | A | 9 | 100.00 | 0.20 | 20.00 | Telephone conference with Superior Process; intra-office conference with WFC re: same | ARCH |
| 7498.0004 | 08/24/2007 | 6 | A | 26 | 100.00 | 0.20 | 20.00 | Preparation of letter to Superior Process transmitting documents to be filed and fee for service | ARCH |
| 7498.0004 | 08/27/2007 | 6 | A | 9 | 100.00 | 0.30 | 30.00 | Telephone conference with Tina/Superior Process re: fee and service on Secretary of State; intra-office conference with WFC re: same | ARCH |
| 7498.0004 | 08/27/2007 | 2 | A | 56 | 175.00 | 0.30 | 52.50 | Receive and review Defendant's Rule 68 Offer of Judgment; develop strategy re: response | ARCH |
| 7498.0004 | 09/04/2007 | 6 | A | 9 | 100.00 | 0.20 | 20.00 | Telephone conference with Superior Process to confirm that Rodar has been served with S&C and ECF-related documents; intra-office conference with WFC re: same; memo to file | ARCH |
| 7498.0004 | 09/04/2007 | 7 | A | 57 | 175.00 | 0.40 | 70.00 | Receive and review correspondence from RLH re: service upon Rodar (.1); correspondence to RLH re: same (.1); intra-office conference with RLH re: same (.1); intra-office conference with RLH re: same (.1) | ARCH |
| 7498.0004 | 09/05/2007 | 6 | A | 56 | 100.00 | 0.20 | 20.00 | Receive and review Affidavit of Service from Superior Process; scan and electronically file Summons with Affidavit of Service; intra-office conference with WFC re: same | ARCH |
| 7498.0004 | 09/06/2007 | 7 | A | 2 | 175.00 | 0.10 | 17.50 | Intra-Office conference with WDF re: service of summons and complaint and projected response date (.1) | ARCH |
| 7498.0004 | 09/07/2007 | 7 | A | 26 | 175.00 | 0.40 | 70.00 | Preparation of correspondence to Rodar re: Order for Court Conference November 9, 2007 at 9:00 am (.3); memo to WDF re: same (.1) | ARCH |
| 7498.0004 | 09/18/2007 | 2 | A | 56 | 175.00 | 0.10 | 17.50 | Receive and review Notice from Court re: filing Answer | ARCH |
| 7498.0004 | 09/18/2007 | 7 | A | 2 | 175.00 | 0.70 | 122.50 | Intra-Office conference with WDF re: Answer from Rodar (.1); retrieve Answer and related documents from SDNY ECF (.2); review and analyze Answer (.3); prepare case information (.1) | ARCH |
| 7498.0004 | 09/19/2007 | 7 | A | 2 | 175.00 | 0.60 | 105.00 | Intra-Office conference with WDF re: receipt of Answer from Rodar, court conference scheduled with USDJ Brieant and stay of discovery (.1); memo to WDF re: same (.1); prepare correspondence to E. Caplicki, Esq. re: conference scheduled for on Friday, November 9, 2007 (.3); memo to WDF re: same (.1) | ARCH |
| 7498.0004 | 09/20/2007 | 2 | A | 71 | 175.00 | 0.10 | 17.50 | Review and revise letter to E. Caplicki, Esq. re: pre-trial conference | ARCH |
| 7498.0004 | 09/20/2007 | 7 | A | 26 | 175.00 | 0.10 | 17.50 | Preparation of memo to WDF re: court conference scheduled for November 9, 2007 (.1) | ARCH |
| 7498.0004 | 09/28/2007 | 2 | A | 86 | 175.00 | 0.40 | 70.00 | Review and analyze Answer to Complaint | ARCH |
| 7498.0004 | 10/01/2007 | 7 | A | 2 | 175.00 | 0.10 | 17.50 | Intra-Office conference with WDF re: Rodar's answer to complaint (.1) | ARCH |
| 7498.0004 | 10/03/2007 | 7 | A | 2 | 175.00 | 0.10 | 17.50 | Intra-Office conference with WDF re: affirmative defenses (.1) | ARCH |
| 7498.0004 | 10/09/2007 | 7 | A | 58 | 175.00 | 0.60 | 105.00 | Review answer for affirmative defenses (.4); correspondnece to WDF re: same (.2) | ARCH |
| 7498.0004 | 10/22/2007 | 7 | A | 2 | 175.00 | 0.30 | 52.50 | Intra-Office conference with WDF re: motion for summary judgment (.3) | ARCH |
| 7498.0004 | 10/22/2007 | 2 | A | 130 | 175.00 | 0.20 | 35.00 | Develop strategy re: moving for summary judgment | ARCH |
| 7498.0004 | 10/23/2007 | 7 | A | 86 | 175.00 | 1.90 | 332.50 | Review and analyze file for summary judgment information (.8); legal research re: ERISA and MPPAA re: same (.3); prepare memorandum in support of summary judgment (.8) | ARCH |
| 7498.0004 | 10/25/2007 | 7 | A | 2 | 175.00 | 1.20 | 210.00 | Intra-Office conference with WDF re: motion for summary judgment and status conference before USDJ Brieant (.2); prepare Affidavit in support of motion for summary judgment (.2); review and analyze file for Affidavit exhibits (.4); review and revise Affidavit re: same (.4) | ARCH |
| 7498.0004 | 10/26/2007 | 7 | A | 26 | 175.00 | 0.40 | 70.00 | Preparation of Rule 56.1 statement (.4) | ARCH |
| 7498.0004 | 11/01/2007 | 7 | A | 26 | 175.00 | 0.50 | 87.50 | Preparation of documents for Summary Judgment (.4); memo to WDF re: same (.1) | ARCH |
| 7498.0004 | 11/05/2007 | 7 | A | 2 | 175.00 | 0.90 | 157.50 | Intra-Office conference with DTD and KEW re: appearance before USDJ Brieant on Friday, November 9, 2007 (.4); intra-office conference with WDF re: same (.3); review and analyze file re: same (.1); memo to file re: same (.1) | ARCH |
| 7498.0004 | 11/08/2007 | 7 | A | 26 | 175.00 | 1.00 | 175.00 | Preparation of civil case management plan and scheduling | ARCH |

| Client | Trans Date | Atty | H P | Tcd | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|

Client ID 7498.0004 Local 445 Construction Division Funds

| Client | Trans Date | Atty | H/P | Tcd | Rate | Hours to Bill | Amount | Description | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | order (.5); prepare correspondence to E. Caplicki, Esq. re: same (.4); intra-office conference with WDF re: same (.1) | |
| 7498.0004 | 11/08/2007 | 2 | A | 86 | 175.00 | 0.40 | 70.00 | Review and analyze claim re: preparation for pre-trial conference; telephone conference with E. Caplicki, Esq. re: same; memo to file | ARCH |
| 7498.0004 | 11/09/2007 | 5 | A | 50 | 175.00 | 2.90 | 507.50 | Preparation for court conference (1.5); attend court conference (2.2); intra-office conference with WDF re: same (.2) | ARCH |
| 7498.0004 | 11/09/2007 | 2 | A | 86 | 175.00 | 0.20 | 35.00 | Review and analyze summary judgment briefing schedule; develop strategy re: same | ARCH |
| 7498.0004 | 11/12/2007 | 7 | A | 2 | 175.00 | 0.90 | 157.50 | Intra-Office conference with WDF re: communication with E. Caplicki, Esq. and KEW court appearance (.1); intra-office conference with KEW re: same (.2); Calculate motion date for summary judgment (.2); e-mail to WDF re: same (.1); review e-mail from WDF to KEW re: same (.1); review e-mail from KEW to WDF re: same (.1); intra-office conference with WDF re: summary judgment motion and reply (.1) | ARCH |
| 7498.0004 | 11/12/2007 | 2 | A | 86 | 175.00 | 0.20 | 35.00 | Review and analyze WFC e-mail re: motion for summary judgment briefing schedule; develop strategy re: motion | ARCH |
| 7498.0004 | 11/15/2007 | 7 | A | 2 | 175.00 | 0.20 | 35.00 | Intra-Office conference with WDF re: summary judgment documents (.2) | ARCH |
| 7498.0004 | 11/20/2007 | 7 | A | 56 | 175.00 | 1.20 | 210.00 | Receive and review e-mail from WDF re: minute entry by USDJ Brieant (.1); review minute entry (.1); e-mail to WDF re: same (.1); intra-office conference with WDF re: same (.1); calculate return date for opposition, reply and court appearance (.2); review and revise summary judgment documents (.6) | ARCH |
| 7498.0004 | 11/26/2007 | 2 | A | 59 | 175.00 | 0.30 | 52.50 | Review and revise Motion for Summary Judgment | ARCH |
| 7498.0004 | 11/27/2007 | 2 | A | 59 | 175.00 | 1.20 | 210.00 | Review and revise Motion for Summary Judgment | ARCH |
| 7498.0004 | 11/28/2007 | 7 | A | 2 | 175.00 | 0.60 | 105.00 | Intra-Office conference with WDF re: revisions to summary judgment documents (.2); review and revise same (.3); intra-office conference with WDF re: same (.1) | ARCH |
| 7498.0004 | 11/28/2007 | 2 | A | 59 | 175.00 | 0.40 | 70.00 | Review and revise Motion for Summary Judgment | ARCH |
| 7498.0004 | 11/29/2007 | 7 | A | 59 | 175.00 | 0.60 | 105.00 | Review and revise summary judgment motion (.6) | ARCH |
| 7498.0004 | 12/03/2007 | 7 | A | 56 | 175.00 | 0.20 | 35.00 | Receive and review memo from WDF re: motion for summary judgment (.2) | ARCH |
| 7498.0004 | 12/04/2007 | 7 | A | 2 | 175.00 | 0.10 | 17.50 | Intra-Office conference with WDF re: untimely arbitration (.1) | ARCH |
| 7498.0004 | 12/05/2007 | 7 | A | 16 | 175.00 | 1.30 | 227.50 | Legal research re: untimely and improper request for arbitration (.5); review and revise motion for summary judgment re: same (.8) | ARCH |
| 7498.0004 | 12/06/2007 | 7 | A | 59 | 175.00 | 0.60 | 105.00 | Review and revise motion for summary judgment (.5); memo to WDF re: same (.1) | ARCH |
| 7498.0004 | 12/13/2007 | 7 | A | 2 | 175.00 | 0.40 | 70.00 | Intra-Office conference with WDF re: summary judgment motion (.2); review and analyze file for return dates (.2) | ARCH |
| 7498.0004 | 12/13/2007 | 2 | A | 59 | 175.00 | 0.40 | 70.00 | Review and revise Memorandum of Law in Support of Motion for Summary Judgment | ARCH |
| 7498.0004 | 12/14/2007 | 7 | A | 86 | 175.00 | 2.20 | 385.00 | Review and analyze file for arbitrator suggestion (.2); legal research re: MPPAA, PBGC and AAA re: same (.8); review and revise 56.1 statement, notice of motion, memorandum of law in support of summary judgment and declaration (.8); memo to WDF re: same (.2); intra-office conference with RLH re: filing of summary judgment (.1); telephone conference with RLH re: same (.1) | ARCH |
| 7498.0004 | 12/14/2007 | 6 | A | 130 | 100.00 | 1.00 | 100.00 | Finalize Motion for Summary Judgment, Memo of Law, Declaration and 56.1 Statement; scan exhibits to Declaration; electronically file Motion and supporting documents | ARCH |
| 7498.0004 | 12/18/2007 | 6 | A | 9 | 100.00 | 0.30 | 30.00 | Telephone conference with Cynthia/E. Caplicki's office re: Motion for Summary Judgment; e-mail Cynthia with a copy of Motion for Summary Judgment papers; intra-office conference with WFC re: same | ARCH |
| 7498.0004 | 12/20/2007 | 7 | A | 9 | 175.00 | 0.20 | 35.00 | Telephone conference with USDJ Brieant chambers re: oral argument on January 4, 2007 (.2) | ARCH |
| 7498.0004 | 12/21/2007 | 7 | A | 2 | 175.00 | 0.20 | 35.00 | Intra-Office conference with KEW and DTD re: summary judgment argument on January 4, 2008 (.1); intra-office conference with WDF re: same (.1) | ARCH |
| 7498.0004 | 12/29/2007 | 2 | A | 56 | 175.00 | 0.70 | 122.50 | Receive and review Rodar's Affidavit and Memorandum of Law in Opposition to Motion for Summary Judgment | ARCH |
| 7498.0004 | 01/02/2008 | 7 | P | 56 | 175.00 | 2.90 | 507.50 | Receive and review opposition to motion for summary judgment (.8); intra-office conference with WDF re: summary judgment argument (.1); legal research re: construction industry exception to withdrawal under MPPAA and issues to be determined at arbitration (.5); prepare reply to opposition (1.0); intra-office conference with DLS re: withdrawal argument (.2); telephone conference with WDF re: same (.1); review and revise reply (.2) | 441 |
| 7498.0004 | 01/02/2008 | 2 | P | 130 | 175.00 | 0.40 | 70.00 | Develop strategy re: preparation of reply re: Motion for Summary Judgment | 445 |
| 7498.0004 | 01/03/2008 | 7 | P | 59 | 175.00 | 2.70 | 472.50 | Review and revise reply to opposition to motion for summary judgment (.7); memo to DTD re: same (.1); intra-office conference with DTD re: same (.1);; review and revise same | 442 |

| Client | Trans Date | Atty | H P | Tcd | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| Client ID 7498.0004 Local 445 Construction Division Funds | | | | | | | | | |
| | | | | | | | | (.4); intra-office conference with DTD re: same (.1); telephone conference with USDJ Brieant's chambers re: adjournment of appearance scheduled for Friday, January 4, 2008 (.2); telephone conference with E. Caplicki, Esq. re: same (.2); telephone conference with USDJ Brieant's chambers re: same (.2); telephone conference with E. Caplicki, Esq. re: adjournment to Friday, January 18, 2008 (.2); correspondence to USDJ Brieant's chambers confirming same (.4); memo to file re: same (.1) | |
| 7498.0004 | 01/03/2008 | 6 | P | 130 | 100.00 | 0.20 | 20.00 | Finalize and electronically file Reply Brief | 443 |
| 7498.0004 | 01/03/2008 | 4 | P | 59 | 175.00 | 1.20 | 210.00 | Review and revise Summary Judgment Reply (1.1); intra-office conference with WFC re: same | 444 |
| 7498.0004 | 01/08/2008 | 6 | P | 9 | 100.00 | 0.30 | 30.00 | Telephone conference with Cynthia/E. Caplicki's office (2x); telephone conference with SDNY Docketing Unit re: incorrect docketing letter from another case | 446 |
| 7498.0004 | 01/08/2008 | 7 | P | 56 | 175.00 | 0.10 | 17.50 | Receive and review notice of adjournment correspondence from SDNY (.1) | 447 |
| 7498.0004 | 01/17/2008 | 7 | P | 26 | 175.00 | 4.00 | 700.00 | Preparation for summary judgment motion before U.S.D.J. Brieant on January 18, 2008 at 10:00 a.m. | 451 |
| 7498.0004 | 01/18/2008 | 2 | P | 56 | 175.00 | 0.20 | 35.00 | Receive and review e-mail from WFC re: Judge Brieant's ruling re: motion for summary judgment | 448 |
| 7498.0004 | 01/18/2008 | 7 | P | 58 | 175.00 | 4.20 | 735.00 | Review file for summary judgment appearance (.8); travel to SDNY White Plains for summary judgment hearing (.3); court appearance in SDNY before USDJ Brieant re: same (2.0); meeting with E. Caplicki, Esq. re: proposed form of order (.1); travel from SDNY White Plains (.3); e-mail to WDF re: decision, transcript, and damages (.3); telephone conference with WDF re: same (.1); prepare transcript order form (.2); receive and review e-mail from WDF re: decision (.1) | 449 |
| 7498.0004 | 01/22/2008 | 7 | P | 56 | 175.00 | 1.80 | 315.00 | Receive and review memo from RLH re: attorney's fees and costs incurred in bringing action (.2); review and revise Order re: same (.5); review and analyze file for application for attorneys' fees and costs (.5); preparation of WDF affidavit in support of fee application (.3); preparation of WFC affidavit in support of fee application (.3) | 450 |
| 7498.0004 | 01/23/2008 | 6 | P | 56 | 100.00 | 0.20 | 20.00 | Receive and review e-mail from WFC re: fees and costs for fee application; retrieve and provide same to WFC | 452 |
| 7498.0004 | 01/24/2008 | 7 | P | 59 | 175.00 | 1.50 | 262.50 | Review and revise application for attorney's fees and costs and proposed form of order (.8); intra-office conference with DTD re: same (.1); review file re: fee application (.5); intra-office conference with WDF re: same (.1) | 453 |
| 7498.0004 | 01/25/2008 | 7 | P | 16 | 175.00 | 4.80 | 840.00 | Legal research re: second circuit and SDNY cases re: attorney fee application and reasonableness of expense (.8); prepare memorandum of law in support of application for attorneys fees (2.0); prepare notice of motion re: same (.3); review and revise affidavit of WDF in support of same (.8); review and revise affidavit of WFC in support of same (.5); intra-office conference with WDF re: fee application (.2); prepare memo to WDF re: same (.2) | 454 |
| Total for Client ID 7498.0004 | | | | | Billable | 55.30 | 9430.00 | Local 445 Construction Division Funds<br>Local 445 v. Rodar Enterprises | |

**GRAND TOTALS**

| | | | | | | Billable | 55.30 | 9430.00 | |