Date: 01/28/2008     **Detail Cost Transaction File List**     Page: 1
SAPIR & FRUMKIN LLP
Case 7:07-cv-07083-CLB    Document 16-3    Filed 01/28/2008    Page 1 of 1

| Client | Trans Date | Atty | H P | Tcd | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| Client ID 7498.0004 Local 445 Construction Division Funds | | | | | | | | |
| 7498.0004 | 08/08/2007 | 2 | A | 139 | | 350.00 | Filing Fees | ARCH |
| 7498.0004 | 08/13/2007 | 2 | A | 152 | | 1.00 | Telephone | ARCH |
| 7498.0004 | 08/15/2007 | 2 | A | 157 | | 6.46 | Express Mail Fee | ARCH |
| 7498.0004 | 08/17/2007 | 2 | A | 146 | | 0.97 | Postage | ARCH |
| 7498.0004 | 08/17/2007 | 2 | A | 146 | | 0.82 | Postage | ARCH |
| 7498.0004 | 08/24/2007 | 2 | A | 147 | | 35.00 | Process Server Fee | ARCH |
| 7498.0004 | 08/27/2007 | 2 | A | 147 | | 5.00 | Process Server Fee | ARCH |
| 7498.0004 | 08/28/2007 | 2 | A | 146 | | 0.82 | Postage | ARCH |
| 7498.0004 | 08/28/2007 | 2 | A | 146 | | 0.41 | Postage | ARCH |
| 7498.0004 | 08/31/2007 | 2 | A | 145 | 0.200 | 18.20 | Photocopies | ARCH |
| 7498.0004 | 08/31/2007 | 2 | A | 157 | | 6.46 | Express Mail Fee | ARCH |
| 7498.0004 | 09/12/2007 | 2 | A | 137 | 1.000 | 3.00 | Fax Message Fee | ARCH |
| 7498.0004 | 09/24/2007 | 2 | A | 137 | 1.000 | 2.00 | Fax Message Fee | ARCH |
| 7498.0004 | 09/24/2007 | 2 | A | 146 | | 0.58 | Postage | ARCH |
| 7498.0004 | 09/28/2007 | 2 | A | 137 | 1.000 | 8.00 | Fax Message Fee | ARCH |
| 7498.0004 | 09/28/2007 | 2 | A | 145 | 0.200 | 1.20 | Photocopies | ARCH |
| 7498.0004 | 10/15/2007 | 2 | A | 142 | | 2.00 | Legal Research/Lexis | ARCH |
| 7498.0004 | 11/08/2007 | 2 | A | 142 | | 0.20 | Legal Research/Lexis | ARCH |
| 7498.0004 | 11/12/2007 | 2 | A | 137 | 1.000 | 6.00 | Fax Message Fee | ARCH |
| 7498.0004 | 11/14/2007 | 2 | A | 146 | | 0.41 | Postage | ARCH |
| 7498.0004 | 11/20/2007 | 2 | A | 137 | 1.000 | 2.00 | Fax Message Fee | ARCH |
| 7498.0004 | 11/30/2007 | 2 | A | 145 | 0.200 | 0.80 | Photocopies | ARCH |
| 7498.0004 | 12/10/2007 | 2 | A | 142 | | 9.96 | Legal Research/Lexis | ARCH |
| 7498.0004 | 12/14/2007 | 2 | A | 152 | | 1.00 | Telephone | ARCH |
| 7498.0004 | 12/21/2007 | 2 | A | 146 | | 0.41 | Postage | ARCH |
| 7498.0004 | 12/21/2007 | 2 | A | 146 | | 4.60 | Postage | ARCH |
| 7498.0004 | 12/21/2007 | 2 | A | 152 | | 1.00 | Telephone | ARCH |
| 7498.0004 | 12/31/2007 | 2 | A | 145 | 0.200 | 6.20 | Photocopies | ARCH |
| 7498.0004 | 01/02/2008 | 2 | P | 152 | | 1.00 | Telephone | 251 |
| 7498.0004 | 01/03/2008 | 2 | P | 152 | | 4.00 | Telephone | 252 |
| 7498.0004 | 01/07/2008 | 2 | P | 137 | 1.000 | 7.00 | Fax Message Fee | 253 |
| 7498.0004 | 01/09/2008 | 2 | P | 137 | 1.000 | 8.00 | Fax Message Fee | 254 |
| 7498.0004 | 01/09/2008 | 2 | P | 142 | | 11.32 | Legal Research/Lexis | 255 |
| 7498.0004 | 01/18/2008 | 2 | P | 152 | | 1.00 | Telephone | 257 |
| 7498.0004 | 01/23/2008 | 2 | P | 142 | | 0.48 | Legal Research/Lexis | 256 |
| 7498.0004 | 01/25/2008 | 2 | P | 137 | 1.000 | 3.00 | Fax Message Fee | 258 |
| 7498.0004 | 01/25/2008 | 2 | P | 137 | 1.000 | 4.00 | Fax Message Fee | 259 |

Total for Client ID 7498.0004     Billable     514.30   Local 445 Construction Division Funds
                                                                Local 445 v. Rodar Enterprises

**GRAND TOTALS**

Billable     514.30