# SAPIR & FRUMKIN LLP
### ATTORNEYS AT LAW
399 KNOLLWOOD ROAD, SUITE 310
WHITE PLAINS, NEW YORK 10603
WRITER'S E-MAIL: WFrumkin@sapirfrumkin.com

DONALD L. SAPIR
WILLIAM D. FRUMKIN*

DANIEL T. DRIESEN
KATHRYN E. WHITE**
EMILY A. ROSCIA
WILLIAM F. CUSACK III
ELIZABETH E. HUNTER***

*ADMITTED IN N.Y. & CT.
**ADMITTED IN N.Y. & N.J.
***ADMITTED IN N.Y. & CA

TEL: (914) 328-0366
FAX: (914) 682-9128

PARALEGAL
RACHEL L. HORTON

February 1, 2008

<u>*Via Facsimile and Regular Mail*</u>
*Facsimile No. (914) 390-4085*

Honorable Charles L. Brieant
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      Re:   *Adrian Huff, as Chairman of the Board of Trustees of Teamsters Local 445 Construction Division Pension Fund v. Rodar Enterprises, Inc.*
            *Civil Action No. 07 Civ. 7083 (CLB)(LMS)*
            *Our File No. 04-7498*

Dear Judge Brieant:

    We represent the Plaintiff, Adrian Huff, *et al.*, in the above referenced matter. On January 28, 2008, Plaintiff submitted his Motion for an Award of Unpaid Withdrawal Liability, Interest on Unpaid Withdrawal Liability, Liquidated Damages, Attorneys' Fees and Expenses Pursuant to 29 U.S.C. § 1132(g)(2) along with supporting documents. Please be advised that the return date for the aforementioned motion is February 29, 2008, at 9:30 AM.

    Thank you for your courtesies in this matter. If you have any questions, please do not hesitate to contact me.

                                             Respectfully,

                                             William F. Cusack III (WC2497)

WFC:aa

cc:   Adrian Huff, Fund Chairman (via facsimile)
       Sharon Molinelli, Fund Administrator (via facsimile)
       David Kramer, Esq. (by hand)
       Edmund V. Caplicki, Jr., Esq. (via facsimile)

F:\APPLICAT\WP\TEAMSTER\Rodar Enterprises\Letters\L-USDJ Brieant 02.01.08.wpd\dp