### Sapir & Frumkin LLP
ATTORNEYS AT LAW

399 KNOLLWOOD ROAD, SUITE 310

WHITE PLAINS, NEW YORK 10603

WRITER'S E-MAIL: WCusack@sapirfrumkin.com

DONALD L. SAPIR
WILLIAM D. FRUMKIN*

DANIEL T. DRIESEN
KATHRYN E. WHITE**
EMILY A. ROSCIA
WILLIAM F. CUSACK III
ELIZABETH E. HUNTER***

*ADMITTED IN N.Y. & CT.
**ADMITTED IN N.Y. & N.J.
***ADMITTED IN N.Y. & CA.

TEL: (914) 328-0366
FAX: (914) 682-9128

PARALEGAL
RACHEL L. HORTON

February 26, 2008

<u>*Via Facsimile and Regular Mail*</u>
*Facsimile No. (914) 390-4085*

Honorable Charles L. Brieant
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re: *Adrian Huff, as Chairman of the Board of Trustees of Teamsters Local 445 Construction Division Pension Fund v. Rodar Enterprises, Inc.*
       *Civil Action No. 07 Civ. 7083 (CLB)(LMS)*
       *Our File No. 04-7498*

Dear Judge Brieant:

  We represent Adrian Huff, *et al.*, (Plaintiff) in the above referenced matter. I write regarding Plaintiff's Motion for an Award of Unpaid Withdrawal Liability, Interest on Unpaid Withdrawal Liability, Liquidated Damages, Attorneys' Fees and Expenses Pursuant to 29 U.S.C. § 1132(G)(2) (Motion) and the appearances scheduled to argue the Motion this Friday, February 29, 2008.

  Yesterday, I spoke with a representative from the Law Offices of Edmund V. Caplicki, Jr., attorneys for defendant Rodar Enterprises, Inc. (Defendant) in the above referenced matter. I was informed that Defendant does not oppose the Motion and does not intend to appear this Friday, February 29, 2008. Because Defendant does not oppose the Motion, Plaintiff respectfully requests that the Motion be granted in its entirety without the necessity for oral argument.

Honorable Charles L. Brieant  -2-  February 26, 2008
United States District Judge

      Thank you for your courtesies in this matter. If you have any questions, please do not hesitate to contact me.

                          Very truly yours,

                          *[signature]*

WFC:aa                       William F. Cusack III (WC2497)

cc:   Adrian Huff, Fund Chairman (via facsimile)
       Sharon Molinelli, Fund Administrator (via facsimile)
       David Kramer (via hand delivery)
       Edmund V. Caplicki, Jr., Esq. (via facsimile)

F:\APPLICAT\WP\TEAMSTER\Rodar Enterprises\Letters\L-USDJ Brieant.02.26.08.wpd\dp